UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE JOHNSON, | ) | 1:03-CV-5866 AWI DLB P |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #9) |
| | ) | |
| GAIL LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 30, 2006                    /s/ **Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE